IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Achille, Mitzi Marie

Printed: 8/5/08

Case Number: 05 B 55581
Judge: Hollis, Pamela S
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 23, 2008
Confirmed: February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,993.00 |  |
| Secured: |  | 4,473.12 |
| Unsecured: |  | 10,495.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 924.64 |
| Other Funds: |  | 0.00 |
| Totals: | 16,993.00 | 16,993.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,100.00 | 1,100.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Key Bank USA National Association | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 4,407.59 | 4,407.59 |
| 5. | Key Bank USA National Association | Secured | 65.53 | 65.53 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Target National Bank | Unsecured | 446.46 | 470.19 |
| 8. | ECast Settlement Corp | Unsecured | 532.60 | 560.88 |
| 9. | Peoples Energy Corp | Unsecured | 880.76 | 927.53 |
| 10. | ECast Settlement Corp | Unsecured | 2,045.65 | 2,154.33 |
| 11. | B-Real LLC | Unsecured | 6,060.32 | 6,382.31 |
| 12. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 13. | Citi Cards | Unsecured |  | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 15. | Card Holder Services | Unsecured |  | No Claim Filed |
| 16. | Sprint | Unsecured |  | No Claim Filed |
| 17. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 18. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,538.91 | $ 16,068.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 243.48 |
| 5% | 60.02 |
| 4.8% | 201.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Achille, Mitzi Marie | Case Number: 05 B 55581 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 8/5/08 | Filed: 10/14/05 |

|  |  |
|---|---|
| 5.4% | 226.76 |
| 6.5% | 192.79 |
|  | _____ |
|  | $ 924.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____